# Third District Court of Appeal

## State of Florida

Opinion filed October 23, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2147
Lower Tribunal No. 23-14782

_____


**José Yeyille,**
Appellant,

vs.

**Justin Cole Speigel, M.D.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

José Yeyille, for appellant.

Diaz Law Group and Rolando A. Diaz, for appellee.


Before EMAS, FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Levin, Middlebrooks, Mabie, Thomas, Mayes & Mitchell,

P.A. v. U.S. Fire Ins. Co., 639 So. 2d 606, 608 (Fla. 1994) (holding that "absolute immunity must be afforded to any act occurring during the course of a judicial proceeding . . . so long as the act has some relation to the proceeding"); LatAm Invs., LLC v. Holland & Knight, LLP, 88 So. 3d 240, 245 (Fla. 3d DCA 2011) ("While the litigation privilege is an affirmative defense, it can be adjudicated on a motion to dismiss if the applicability of the privilege can be clearly discerned from the face of the complaint." (citation omitted) (citing Kidwell v. Gen. Motors Corp., 975 So. 2d 503, 505 n.2 (Fla. 2d DCA 2007))).